# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1747. JING ZHENG et al v. LAKEMORE COLONY CONDOMINIUM ASSOCIATION, INC.

In this action seeking judicial foreclosure of a lien for unpaid condominium assessments, Jing Zheng and A2Z Optimization Consulting Networks LLC ("defendants") appeal the trial court's order granting Lakemore Colony Condominium Association's motion for summary judgment and ordering defendants to pay $5,015.57. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (citation and punctuation omitted); see also OCGA § 5-6-35 (a) (6). As the specific amounts set forth in the judgment in favor of Lakemore Colony Condominium Association total less than $10,000, the entry of summary judgment provides no basis for a direct appeal, see *Ca-Shar*, 204 Ga. App. at 865–66, and Zheng's failure to follow the discretionary appeal procedure deprives us of jurisdiction. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

Accordingly, this appeal is hereby DISMISSED.

## MCFADDEN, PRESIDING JUDGE, DISSENTING

MᴄFᴀᴅᴅᴇɴ, Presiding Judge, dissenting

I respectfully dissent to the dismissal of this appeal under OCGA § 5-6-35(a)(6), which requires "[a]ppeals in all actions for damages in which the judgment is $10,000.00 or less" to follow the discretionary appeal procedure.

In addition to monetary damages, the plaintiff in this case also sought foreclosure of a statutory lien on the defendants' property, and the trial court awarded it that relief. "While the amount of the trial court's award is less than $10,000, an action on a lien is not an action for damages necessitating a discretionary appeal under OCGA § 5-6-35(a)(6)." *Kelly v. Pierce Roofing Co.*, 220 Ga. App. 391 (469 SE2d 469) (1996). Instead, that portion of the judgment permitting the plaintiff to foreclose upon the lien "renders this case directly appealable." *Adewumi v. Amelia Grove/Ashland Park Homeowners Ass'n*, 337 Ga. App. 275, 277(1) (787 SE2d 761) (2016).



Clerk's Office, Atlanta,  05/18/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.